UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:06-CR-102 |
| V. | ) | (Varlan / Guyton) |
| | ) | |
| JULIA NEWMAN | ) | |
| | ) | |
| Defendant | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the request of Defendant Julia Newman's request, [Doc. 157], for an extension of time in which to file specific objections to this Court's Memorandum and Order filed June 25, 2007, [Doc. 147]. Contemporaneous to this timely request, Ms Newman has filed specific nine specific objections with the District Court. [Docs. 148 - 156].

The Federal Rules of Criminal Procedure, Rule 59(a) allows the parties 10 days, or other such time as set by the court, for filing objections to a Magistrate Judge's non-dispositive order. The Memorandum and Order [Doc. 147] entered by this Court addressed some 54 pending motions. The government does not oppose Ms Newman's request. The Court finds that good cause has been shown to extend Julia Newman's deadline for making specific objections to the District Court as to [Doc. 147].

Julia Newman's deadline is extended to July 11, 2007, as requested. Defendant Newman's Motion for Extension of Time to File Specific Motions and Memorandums on Julia Newman's

Appeal and Objections to the Memorandum and Order of the Magistrate Judge [Doc. 147], **[Doc. 157]** is **GRANTED** to the extent it moves for a deadline of **July 11, 2007**, for further filings in support of her appeal.

**IT IS SO ORDERED.**

ENTER:

	s/ H. Bruce Guyton	
United States Magistrate Judge